# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 19-cr-00472-BLM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT OF DISMISSAL** |
| WALFER RENE CORTEZ-GODOY (1), | ) | |
| Defendant. | ) | |

This matter comes before the Court on the Government's Motion to Dismiss the misdemeanor Information.

IT IS HEREBY ORDERED that the misdemeanor Information in the above-captioned case as to Defendant Walfer Rene Cortez-Godoy is dismissed without prejudice.

DATED: 4/18/2023

HONORABLE BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE